990 So.2d 397 (2007)
Angela M. BOWDEN
v.
William M. BOWDEN.
2060440.
Court of Civil Appeals of Alabama.
November 16, 2007.
Rehearing Denied March 14, 2008.
*398 Lisa C. Robinson, Birmingham, for appellant.
Submitted on appellant's brief only.
PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Rule 28(a)(10), Ala. R.App. P.; FabArc Steel Supply, Inc. v. Composite Constr. Sys., Inc., 914 So.2d 344, 354 (Ala. 2005); Ex parte Elliott, 782 So.2d 308, 311 (Ala.2000); TenEyck v. TenEyck, 885 So.2d 146, 159 (Ala.Civ.App.2003); Britt v. Britt, 684 So.2d 1325, 1326 (Ala.Civ.App. 1996); Golden v. Golden, 681 So.2d 605, 608 (Ala.Civ.App.1996); Carter v. Carter, 666 So.2d 28, 29 (Ala.Civ.App.1995); Scholl v. Parsons, 655 So.2d 1060, 1062 (Ala.Civ. App.1995); and Silvey v. Silvey, 634 So.2d 138, 140 (Ala.Civ.App.1993).
BRYAN and THOMAS, JJ., concur.
THOMPSON, P.J., concurs in part and dissents in part, with writing, which MOORE, J., joins.
THOMPSON, Presiding Judge, concurring in part and dissenting in part.
Though I agree that most of the trial court's judgment is due to be affirmed, I would reverse the trial court's judgment insofar as it fails to reserve the issue of periodic alimony for the possibility of a future award.
MOORE, J., concurs.